Angel Valles
112 E Fairmont Dr.
Tavie AZ 85282

480 238 3478

FILED          LODGED
RECEIVED      COPY

AUG 17 2015

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY                    P DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Angel M Valles, | Case No.: |
| Plaintiff, | CV-15-1587-PHX-JJAT |
| vs. | |
| Columbia West Capital; Source Capital | Restraint of Trade, refusal to deal. |
| Group, Lobodos Ventures; Green | |
| Holcomb and Fisher; Lisa M Johnson | |
| and Randall D Johnson Trust; Bel | |
| Songno LLC; MSI WEST INVESTMENTS LLC. | |
| . | |
| Defendants | |

Dated this 17th day of August, 2015

*A Valles* (signature)

I. **Jurisdiction**

THE UNITED STATES DISTRICT COURT has jurisdiction under Title 15 USC Chapter 1 § 1 and Title 15 USC Chapter 1 § 15.

1

## II. Venue

2

The District Court of Arizona is the proper Venue pursuant to Title 15 USC

3

Chapter 1 § 1 and Title 15 USC Chapter 1 § 15 because the properties,

4

property owners and investment bankers at issue in this complaint are located

5

in the district of Arizona.

6

7

## III. Parties

8

Columbia West Capital 14624 N. Scottsdale Road, Suite 124 Scottsdale, AZ

9

85254, Plaintiff requested Investment Banking services.

10

11

Lobodos Ventures                                              , Plaintiff

12

requested Investment Banking services.

13

14

Source Capital Group 7377 East Doubletree Ranch Road Suite 290 Scottsdale, AZ

15

85258, Plaintiff requested Investment Banking services.

16

17

Green Holcomb and Fisher 15169 North Scottsdale Road Suite C3-320 Scottsdale,

18

AZ 85260, Plaintiff requested Investment Banking services.

19

20

Lisa M Johnson and Randall D Johnson Trust 10645 N Tatum Blvd. Ste 200-241

21

Phoenix, Az 85208, Plaintiff offered an Exchange/Trade for property being

22

sold.

23

24

Bel Songno LLC 23036 N Via Ventosa, Scottsdale, AZ, 85255, Plaintiff offered

25

an Exchange/Trade for property being sold.

MSI WEST INVESTMENTS LLC 15270 N 83RD PL STE 200 , SCOTTSDALE, AZ 85260, Plaintiff offered an Exchange/Trade for property being sold.

**IV. Statement of Facts**

Plaintiff asserts that Arizona luxury home owners and investment bankers have formed a cartel in Arizona presenting a market barrier for new entrants into the US Treasury Fund industry by investment bankers encouraging luxury home owners to only accept purchase offers in which owners will only receive cash or legal tender for their property because they cannot verify the skill level of the Plaintiff managing a Multi-million dollar US Treasury fund. Plaintiff will prove the activity is an anti-trust violation pursuant to Title 15 USC Chapter 1 § 1.

This activity between parties prohibits plaintiff market entrance and from forming a new US Treasury Fund. The Plaintiffs offer, for which this complaint is before the court today plans to have a $1 Billion market capitalization using improved property as a mechanism to mitigate initial embezzlement risk on behalf of any participating US Treasury fund or State pension fund making contributions. The cartels refusal to deal is creating a monopoly and monopoly like profits in the luxury home market, is creating a restraint of trade and market barrier into the US Treasury Fund industry and the refusal to deal is widespread throughout Arizona. Plaintiff has been to several investment bankers and sellers over the last 5 years and an offer has yet to be accepted. Plaintiff asserts he has and is experiencing direct anti-trust violations pursuant to Title 15 USC Chapter 1 § 1.

Plaintiff has been pursuing completing a capital formation starting in 1984 when Plaintiff first began learning of the investment banking process and capital formations. Over the last couple of years attempts have been made to complete a capital formation using property as a basis, the offer has yet to be accepted. So the plaintiff has come to the conclusion that Exchanges of Property for stock as described in Pub. 554 of the IRS are being boycotted by a cartel made up of luxury home owners and investment bankers in Arizona and is in violation of 15 USC Chapter 1 § 1.

**The Luxury Home Cartel**

Plaintiff asserts the defendants continually refuse to accept new capital formations as a means of liquidity. To mitigate this barrier offers to exchange the new US Treasury fund position to another Treasury fund or State pension fund as a means of liquidity have been made. The defendant's continue to refuse capital formation exchange/trade offers. This refusal to deal is in violation of 15 USC Chapter 1 § 1.

Plaintiff asserts when an offer to enlist the services of an professional investment banker to guarantee an exchange with another fund, as a means of liquidity to receive legal tender they continue to refuse stating "they are only accepting cash offers". The last three offers plaintiff has made the investment bankers listed as defendants have failed to even respond to emails requesting M&A and PIPE service. This refusal of service is in violation of 15 USC Chapter 1 § 1.

1   Plaintiff asserts the defendants may make the argument that you must first

2   have the money to form a new US Treasury fund otherwise why make the attempt.

3   The argument doesn't take into consideration that the plaintiff and

4   defendants are both on the capital formation side of the capital vs.

5   investment equation.

6

7   In formal economic terms, capital formation refers to the *addition* to a

8   country's physical capital (infrastructure, buildings and factories).

9

10  Investment refers to the *act* of a private person, business, or public entity

11  actually committing the money needed to make capital formation happen,

12  expecting a return on the investment in the form of interest, dividends or

13  capital gains.

14

15  Plaintiff asserts formations of new capital are similar to new home

16  construction in that they have a basis or cost of construction and rely on an

17  exit at some point. Defendants refusing to participate in the corporate

18  finance mechanism not only hurt new capital formations, it also narrows the

19  defendants own field of buyers and to their own detriment they reduce sales

20  price to make a sale. This illegal collusive market barrier and restraint of

21  trade activity is arbitrarily restraining Arizona's Economy from growing

22  resulting in a lower GDP for Arizona this refusal to deal results in a anti-

23  trust violation pursuant to Title 15 USC Chapter 1 § 1.

24

25  Plaintiff asserts the defendants have prevented and restrained plaintiff

    pursuant to Title 15 USC Chapter 1 § 1 from the purchase of $67 million

1   dollars in Arizona property and the formation of $67 million dollars in US

2   Treasury Fund inventory plus earned fund fees for a total loss of

3   $134,670,000 dollars. This refusal to deal and refusal of service is in

4   violation of 15 USC Chapter 1 § 1.

5

6   **Investment Banker cartel**

7   In the past defendants have argued that they cannot insure the level of

8   management skills of the Plaintiff therefore the investment bankers' advice

9   to any defendant is not to pursue completing a new capital formation

10  exchange/trade offer. This argument could be true except the professional

11  services requested from the investment banker are generally expected to

12  remove market entrance barriers for Arizona business owners and which is why

13  there is an investment banking industry, again an illegal activity resulting

14  in an anti-trust violation pursuant to Title 15 USC Chapter 1 § 1 for refusal

15  to deal. As of the filing date of this complaint the investment bankers have

16  yet to respond to Plaintiffs emails requesting M&A and Private Placement

17  service. This refusal of service is in violation of 15 USC Chapter 1 § 1.

18

19  Plaintiff asserts that managing a fund of any kind requires skilled execution

20  of transactions. Today transactions can be completed by third party

21  electronic services and financial statements can be prepared by Tier II level

22  accountants. The electronic transaction made by clearing houses one of which

23  is the DTCC are fee based professional services. Once the formation of a new

24  US Treasury fund is completed an exchange is initiated by the participating

25  fund manager placing a call to his broker. The broker then contacts the newly

    formed US Treasury fund manager to initiate the transaction. Once a

1  confirmation order is received by the DTCC from both parties they issue

2  digital shares, accept payments electronically, pay themselves out of the

3  fund fee and make the proper deposits electronically, the DTCC professional

4  service is an account opened by the professional investment banker. Deposits

5  are made to a Treasury Direct account again an account opened by the

6  professional investment banker. Funds are automatically deposited into a 0%

7  Certificate of Indebtedness once deposited into the Treasury Direct account.

8  This refusal of service is in violation of 15 USC Chapter 1 § 1.

9

10  The newly formed US Treasury fund manger then reports the material changes

11  electronically using an EDGAR submission based a Form 10 registration

12  statement that is filed with SEC by the professional investment banker. Every

13  quarter and annually fund manager submits reports to EDGAR containing the

14  insured financial statements supplied by a Tier II level accountant that the

15  professional investment banker locates and retains on behalf of plaintiff.

16  This refusal of service is in violation of 15 USC Chapter 1 § 1.

17

18  Plaintiff asserts fund mangers have little to no contact with money, shares

19  or accounting once the professional investment banker has completed the

20  requested professional fee based services, other than submitting the material

21  changes for the quarter and annual reports to EDGAR using the Tier II level

22  accounting firm that the professional investment banker locates and retains.

23

24  Plaintiff also asserts most of this process can be done without the help of a

25  professional investment banker; however using a professional investment

banker gives a fee based level of certainty to the defendants and the any

participating fund manager it also provides access to contacts that have an existing working relationships with the professional investment banker.

To add insult to injury the argument maintained by professional investment bankers that they cannot vouch for a new entrant's management skill level isn't valid because the now would be established professional relationship between investment banker and Plaintiff can always be used for consultation at anytime should the need arise for fee based consultations, and the refusal to deal is monopoly like with monopoly like profits, posses a restraint of trade and creates a market entrance barrier pursuant to Title 15 USC Chapter 1 § 1.


**V. Claims**

Plaintiff asserts defendants refusal to deal is a direct violation and is an illegal per se activity violating the right to free trade pursuant to Title 15 USC Chapter 1 § 1 and Title 15 USC chapter 1 § 15.


**VI. Request for Relief**

Plaintiff requests the District Court of Arizona to award plaintiff relief form the pain and suffering and loss of income sustained by the defendants refusal to deal pursuant to Title 15 USC chapter 1 § 1 and Title 15 USC chapter 1 § 15 and order the defendants to pay to plaintiff the one time earned fund fees that would have been earned by a completed exchange/trade and private placement.

Plaintiff asserts if defendants are found guilty of violating Title 15 USC Chapter 1 § 1 these one time earned fund fees total $670 thousand dollars and if trebled the award would equal $2.01 million dollars pursuant to 15 U.S. Code § 15 which could be divided equally among the defendants.

The plaintiff also requests the District Court of Arizona to order defendants to complete the exchange/trade offers and to pay fund fees as stated in offers submitted as represented in attachments "A thru G" if defendants are found guilty of refusing to deal and creating a monopoly and monopoly like profits, restraint of trade and creating market entrance barriers direct "per se" violations of 15 USC 1 @ 1.

The plaintiff also requests the District Court of Arizona to include any other penalties it may see fit including a prison sentence should the court find any of the defendants guilty of refusing to deal, creating a monopoly and monopoly like profits, restraint of trade and creating a market entrance barrier in the Arizona US Treasury fund industry and creates an opportunity barrier for luxury home ownership direct "per se" violations of 15 USC @ 1.

Attachment A

**From:** Angel Valles
**Sent:** Tuesday, August 4, 2015 12:25 PM
**To:** mbabin@columbiawestcap.com
**Subject:** need help to close deal


 Can you provide the services required to close this deal? I

included the offer and the calculations used to make the offer.

Please call me with your response.


Angel Valles

480-238-3478

Attachment B

**From:** Angel Valles
**Sent:** Tuesday, August 4, 2015 12:35 PM
**To:** info@lobodos.com
**Subject:** Need closing this deal

Would you be interested in helping me close this deal. I included the offer and algorithm to calculate the offer.

Angel Valles
480-238-3478

Attachment C

**From:** Angel Valles
**Sent:** Tuesday, August 4, 2015 12:39 PM
**To:** contact@sourcegrp.com
**Subject:** Investment Banking service needed

Would be interested in providing the investment banking services
needed to complete this deal in Arizona? I included as
attachments the offer and algorithm used to calculate the offer
and possible fund investment scenario.

Angel Valles

480-238-3478

Attachment D

**From:** Angel Valles
**Sent:** Tuesday, August 4, 2015 1:57 PM
**To:** phoenix@ghf.net
**Subject:** Investment banking services request

 Would you be interested in providing the service required to complete this deal?

I have included the offer and the algorithm used to calculate the offer.

Please call me with a response asap.

Angel Valles

480-238-3478

Attachment E

**From:** Angel Valles
**Sent:** Wednesday, August 5, 2015 1:35 PM
**To:** robert@thejoffegroup.com
**Subject:** Johnson property

Hello Robert,

I realize your clients want a cash offer. We are in the same business. We make capital, equity through the construction of property and equity through creation of a security.

So we should work together.

Please pass the attachments to Randy. I can almost guarantee I can get his asking price if we work together.

Thanks again Robert.

Angel

Attachment F

**From:** Angel Valles
**Sent:** Monday, August 3, 2015 5:57 PM
**To:** bhassett@russlyon.com
**Subject:** ventosa

I don't mean to be a bother but this is very important to me and my family. I don't know of any laws preventing an exchange of property for stock offer from being accepted by any owner or lender.

They have the option to keep the position after the deal is complete or sell to a fund. Believe me they trillions of dollars.

1) The IRS treats Property for Stock Exchanges the same as a cash transaction. Plus the Fund is backed by the current and future equity of the property and contribution to the basis of the fund.

2) There are anti-trust laws preventing monopolies. Collusion among parties that lead to monopoly like out comes, including monopoly profits shared among the colluding parties.

3) Accepting only legal tender seems like price fixing, because a raise of new capital is an accepted legal transaction by the US Government.

Are there other issues that I am missing?

Please help me understand the view point of the owners.

Angel

480-238-3478

Attachment G

**From:** Angel Valles
**Sent:** Wednesday, July 29, 2015 3:31 PM
**To:** jacob.barros@russlyon.com
**Subject:** Chateau on Central

Hello I am Angel Michel Valles. Please forward this purchase offer to the owners only if they can qualify themselves as being sophisticated investors.

(                                                                                                        )

I am very interested to know if you would like to participate in a same as cash 8:5 raise of new capital (a formation of a new private US treasury Fund called Valles Treasuries, to be a New York based fund authorized to transact business in Arizona. Formation will meet local state and federal regulations).

The basis of the fund will be comprised of real estate (currently on market) to mitigate initial embezzlement risk and leased until turned back to cash at a later date. The fund will be authorized to issue 100M shares. Each $2.5M contribution will raise stock market value $1 dollar per sharer.  Fund fee is set at .001%. This private fund will use Edgar to report material changes using a Form 10 filing with the SEC and offer DTCC clearing. A multiple signature Treasury Direct account and 0% Certificate of Indebtedness will be used to deposit future contributions and pay transaction and fund fees.

If interested, each share will be issued for a $5 contribution plus the fund fee. Initial market price will be set at $40 per share. Completion of the deal will book your fund or personal net-worth an initial $200M in new Treasury Fund inventory (divided as needed).  Plus the basis of this new inventory will offset taxes on an equal amount of income. Talk to an accountant about cost basis adjustments options. Calculations are based on a $25M purchase price.

Attachment G

My stipulations would be to instruct escrow agent to file and pay fees for legal formation and issuing stock to transfer title. Plus the seller would have 3 options: accept other offers while in escrow, accept the $200M in US Treasury Fund inventoery, or have a thrid party exchange inventory for the 25M basis.

Please call me any time if interested, have any questions or reason for non-interest.

Angel Valles

Valles Enterprises

480) 238-3478

This is not spam. You or your client maybe in violation of the Sherman Act and subject to a fine of $1 million for individuals and up to $100 million for corporations and up to 10 years in prison for restraint of trade or conspiracy to commit. (Sec 215 ).

1

Attachment E

2

Chateau on Central Offer

3   Hello I am Angel Michel Valles. Please forward this purchase/exchange offer to the owners if they
    consider themselves sophisticated investors.

4

5   I am very interested to know if you would like to participate in a 40:1 raise of new capital using the
    property you have for sale as the basis of a new private US treasury Fund to be named Valles Treasuries
    (To be a sudsiday of Valles Enterprises. Formations will meet local state and federal regulations).

6

7   The basis of the fund will be comprised of real estate currently on market to mitigate initial embezzlement
    risk and turned back to cash at a later date. The fund will be authorized to issue 100M shares. Each $2.5M
    contribution will raise stock market value $1 dollar per share.  Fund fee is set at .001%. The fund is fully
8   diluted with a book value of $0.25 per share. This private fund will use Edgar to voluntarly report material
    changes, including quarterly and annual reports by filing a Form 10 registration statement with the SEC
9   and offer DTCC clearing. The fund will also use a multiple signature Treasury Direct account and a 0%
    Certificate of Indebtedness to deposit future contributions.

10

11  Each share will be issued for a $10 contribution plus the fund fee. Initial market price will be set at $10 per
    share. Completion of the deal will book an initial $10M in new Treasury Fund inventory (divided as
12  needed).

13  Stipulations: instruct escrow agent to file and pay fees using the earned fund fee for legal formations, open
    the Treasury Direct multi-signature account to hold contributions, open the DTCC account to digitaly issue
    stock, accept and deposit contributions and pay transaction and fund fees and lastly locate and retian a Teir
14  II level accountant to provide aduitable finacial statements to meet federal reporting reqiurements.

15

16  Plus the seller would have 3 options: 1) accept other offers while in escrow, 2) keep the $10M in US
    Treasury Fund inventory, or 3) or cash out to a fund manager for $10M after the deal is complete.

17  Please call me any time.

18  Angel Valles
    Valles Enterprises
19  480) 238-3478

20

21  This is not spam. You, your client or fund maybe in violation of the Sherman Act of 1890 and subject to a
    fine of $1 million for individuals and $10 million or more for corporations and up to 10 years in prison for
    restraint of trade or collusion to form a monopoly or market barrier.

22

23  Resource links:

24

25

Summary of Pleading - 18

Attachment F

Randy Johnson Offer

Hello I am Angel Michel Valles. I am a 51 year old Arizona native that has been actively pursing a capital formation starting in 1984. Please forward this purchase/exchange offer to the owners.

I offer to purchase your home at $25M by enlisting the services of an investment banker to handle the M&A and PIPE to cover the purchase price. Investment Bnnker services paid using earned fund fees.

The basis of the fund will be comprised of real estate currently on market to mitigate initial embezzlement risk. The Market Capitalization of the fund is $1B. The fund will be authorized to issue 100M shares. Each $2.5M contribution will raise stock market value $1 dollar per share.  Fund fee is set at .005% then lowered to .001% when property can be exchanged for shares of parent company when the exchange is less 20% of managed assets. The fund is fully diluted with a book value of $0.25 per share. This private fund will use Edgar to voluntarily report material changes, including quarterly and annual reports by filing a Form 10 registration statement with the SEC and offer DTCC clearing. The fund will also use a Treasury Direct account and the 0% Certificate of Indebtedness to deposit contributions.

Each share will be issued for a $10 contribution plus the fund fee. Initial market price will be set at $10 per share. Completion of the deal

Attachment F

will book an initial $25M in new Treasury Fund inventory (divided as needed).  Calculations based on $25M.

Stipulations: closing costs and fund fee must be paid by seller, enlist an Investment Banker: to file and pay fees using the earned fund fee for legal formations, open the Treasury Direct account for contribution deposits, open the DTCC account to digitally handle transaction such as issue stock, accept and deposit contributions, pay transaction and fund fees; obtian property insurance and lastly locate and retain a Tier II level accountant to provide auditable financial statements to meet federal reporting requirements.

Angel Valles

Valles Enterprises

480) 238-3478

This is not spam. You, your client or fund maybe in violation of the Sherman Act of 1890 and subject to a fine of $1 million for individuals and $10 million or more for corporations and up to 10 years in prison for restraint of trade or collusion to form a monopoly or market barrier.

Resource links:

Attachment H

Via Ventosa Offer

Hello I am Angel Michel Valles. Please forward this purchase/exchange offer to the owners if they consider themselves sophisticated investors.

I am very interested to know if you would like to participate in a raise of new capital using the property you have for sale as the basis of a new private US treasury Fund to be named Valles Treasuries (To be a sudsidary of Valles Enterprises. Formations will meet local state and federal regulations). I can answer any question you may have. Rest assured all securities on the market today had their start with an indivual exchanging capital or equity in exchange for shares to crete a basis.

The basis of the fund will be comprised of real estate currently on market to mitigate initial embezzlement risk and turned back to cash at a later date. The fund will be authorized to issue 100M shares. Each $1.7 contribution will raise stock market value $1 dollar per share. Fund fee is set at .001%. The fund is fully diluted with a book value of $0.17 per share. This private fund will use Edgar to voluntary report material changes, including quarterly and annual reports by filing a Form 10 registration statement with the SEC and offer DTCC clearing. The fund will also use a multiple signature Treasury Direct account and a 0% Certificate of Indebtedness to deposit future contributions.

Each share will be issued for a $10 contribution plus the fund fee. Initial market price will be set at $10 per share. Completion of the deal will book an initial $17M in new Treasury Fund inventory (divided as needed). Calculations based on sale price of $17M.

Stipulations: instruct escrow agent to file and pay fees using the earned fund fee for legal formations, open the Treasury Direct multi-signature account to hold contributions, open the DTCC account to digitaly issue stock, accept and deposit contributions and pay transaction and fund fees and lastly locate and retian a Teir II level accountant to provide aduitable finacial statements to meet federal reporting requirements.

Plus the seller would have 3 options: 1) accept other offers while in escrow, 2) keep the US Treasury Fund inventory, or 3) or cash out to a fund manager after the deal is complete.

Please call me any time.

Angel Valles
Valles Enterprises
480) 238-3478

This is not spam. You, your client or fund maybe in violation of the Sherman Act of 1890 and subject to a fine of $1 million for individuals and $10 million or more for corporations and up to 10 years in prison for restraint of trade or collusion to form a monopoly or market barrier.

Resource links:

```
                                        Attachment I
This algorithm automatically gives the percent of interest in fund to be issued, raise ratio and diluted book value for any purchase
price                            Number of Authorized Shares to be Issued
                                              100,000,000

                       enter      $        74,000,000   purchase price/basis

         7.40%  Interest in fund            7,400,000   shares
                                  $            10.00    basic value
                                  $             0.74    diluted book value

                                            14  :1 raise
                                  $            10.00    market value per share
                                  $        74,000,000   basis


                  Notice that any sale price entered will always return a $10 share value




                                  $        74,000,000   position value
                                            7,400,000   number of shares
                                  $        74,000,000   fund basis

10 year transaction forecast depicting 1 transaction per week
                          transaction                  mkt value    inc per share
Contribution needed to raise value $1    1   7,400,000              $      1.00
         shares issued                         740,000
         shares outstanding                  8,140,000
              basis                         89,540,000  $   11.00

    net increase on transaction              15,540,000

                             2               7,400,000              $      1.00
                                               672,727
                                             8,812,727
                                           105,752,727       12

                                             16,212,727

                             3               7,400,000              $      1.00
                                               616,667
                                             9,429,394
                                           122,582,121       13

                                             16,829,394

                             4               7,400,000              $      1.00
                                               569,231
                                             9,998,625
                                           139,980,746       14

                                             17,398,625

potential investment increase milestone  5  50,000,000              $      6.76
                                             3,571,429
                                            13,570,053
                                           281,670,295       21

                                           141,689,549

                             6              50,000,000              $      6.76
                                             2,408,854
                                            15,978,907
                                           439,635,886       28

                                           157,965,591
```